UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                                                                                                          :

EMANUAL CRUZ, *on behalf of himself and all other*    :
*persons similarly situated*,                                                :

                                  Plaintiff,           :
                                                                  :              24 Civ. 8816 (JPC)
                    -v-                                                  :
                                                                      :                   ORDER

J. PRITCHARD LLC,                                                :

                                  Defendant.     :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On March 5, 2025, the Court extended Defendant's deadline to respond to the Complaint to May 3, 2025. Dkt. 10. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until May 13, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by May 20, 2025.

      Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Defendant was served with the Summons and Complaint.

      SO ORDERED.

Dated: May 6, 2025
      New York, New York

                                                                   JOHN P. CRONAN
                                                              United States District Judge